IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02636-PAB-BNB

EDDIE C. TANG,

Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion and Memorandum for Leave to File an Amended Complaint** [docket no. 24, filed January 17, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Plaintiff's Amended Complaint and Jury Demand.

IT IS FURTHER ORDERED the hearing set for **February 12, 2014**, is **VACATED**.

DATED:  February 6, 2014