IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02636-PAB-BNB

EDDIE C. TANG, an individual

Plaintiff,

v.

HSS, INC.,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion for Leave to File Amended Answer to Amended Complaint** [docket no. 39, filed June 26, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Answer.

DATED:  June 26, 2014