IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02636-PAB-BNB

EDDIE C. TANG, an individual

Plaintiff,

v.

HSS, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Unopposed Motion to Amend Caption** [docket no. 43, filed August 14, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to amend the defendant name to omit the comma. Defendant's name on all future captions should read as follows: HSS INC. It should be noted that the name was changed per the filing of the Amended Complaint [29] on February 6, 2014.

DATED:  August 15, 2014