IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 13-cv-02636-PAB-NYW

EDDIE C. TANG,

    Plaintiff,

v.

HSS, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Order by Judge Philip A. Brimmer (**Doc. #59**) filed on March 20, 2015, granting the Motion for Summary Judgment (**Doc. #46**), it is

ORDERED that:

Judgement is entered in favor of defendant HSS, Inc., and against plaintiff Eddie C. Tang.  it is further

ORDERED that plaintiff's first, second, and third claims for relief are are DISMISSED with prejudice.   The case is dismissed in its entirety.

ORDERED that costs are awarded to the defendant and against the plaintiffs upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case is closed.

Dated this 23rd day March, 2015.

Case 1:13-cv-02636-PAB-NYW   Document 60   Filed 03/23/15   USDC Colorado   Page 2 of 2

                                          ENTERED FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        s/Patricia Glover
                                          Deputy Clerk